GEORGE H. WINTERS v. MINNEAPOLIS & ST. LOUIS RAIL-
ROAD COMPANY.[1]

January 21, 1916.

Nos. 19,706—(264).

Appeal from a judgment of the district court for Ramsey county. Affirmed.

W. H. Bremner and F. M. Miner, for appellant.

Barton & Kay, for respondent.

PER CURIAM.

This is an appeal from a judgment rendered on the verdict of the jury after the affirmance by this court of an order denying a new trial. The cause is now submitted by the parties upon the record and briefs presented on the former appeal, 131 Minn. 181, 154 N. W. 964. Now, after due consideration, it is ordered, for the reasons stated in our former opinion in the case, that the judgment appealed from be and the same is hereby in all things affirmed.

[1] Reported in 155 N. W. 1039.